# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTA J. SANTOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>K. HOLLAND, et al.,<br><br>　　　　Respondents. | Case No. 1:12-cv-01651-LJO-EPG-HC<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

Petitioner Matta J. Santos is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In the petition, Petitioner challenges his confinement in the security housing unit at Pelican Bay State Prison as a result of a gang validation that he contends violated his right to due process. The Court finds that supplemental briefing would assist the Court, especially given that Petitioner is now represented by counsel and Respondents filed an answer to the original *pro se* petition.

Accordingly, the Court HEREBY ORDERS:

1. Within THIRTY (30) days of the date of service of this order, Respondent shall file a reply to the traverse; and
2. Within THIRTY (30) days of the date of service of the Respondent's reply, Petitioner may file a supplemental traverse.

///

1

All motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court. Local Rule 230(l). Extensions of time will only be granted upon a showing of good cause. All provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

Dated:   **May 9, 2016**                        /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE

2