# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTA J. SANTOS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>K. HOLLAND, et al.,<br><br>　　　　Respondents. | Case No. 1:12-cv-01651-LJO-EPG-HC<br><br>ORDER CLARIFYING ISSUE ON WHICH CERTIFICATE OF APPEALABILITY IS GRANTED<br><br>(ECF No. 51) |

Petitioner is a state prisoner, represented by court-appointed counsel, who proceeded with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 3, 2017, the Court denied the petition, but granted a certificate of appealability. (ECF No. 46). On June 16, 2017, Petitioner appealed the denial of his petition. (ECF No. 48). On August 7, 2017, the Ninth Circuit remanded this matter for the limited purpose of issuing an order that clarifies the issues on which this Court granted a certificate of appealability. (ECF No. 51).

Accordingly, the Court hereby ORDERS THAT a certificate of appealability is issued in this matter only with respect to whether Petitioner's gang validation and the resultant indefinite confinement in the security housing unit violated due process.

IT IS SO ORDERED.

　Dated:　**August 10, 2017**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE